**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:19-cv-63106-RS**

**RENZO BARBERI,**

    **Plaintiff,**

  vs.

**AIRCOM MANAGEMENT CORP., INC., a Florida Profit Corporation,**

    **Defendant.**

_____/

**MEDIATOR'S REPORT**

COMES NOW the undersigned Mediator, RICHARD W. HOFFMAN for purposes of advising this Court that this matter was mediated with all parties and their representatives who had the authority to settle this case on Wednesday, May 27, 2019. The Mediation has been completed and the case has SETTLED.

                                           **RICHARD W. HOFFMAN, P.A.**
                                           4601 Ponce De Leon Boulevard
                                           Suite #350
                                           Coral Gables, Florida  33146
                                           Telephone:  305-666-2920
                                           Facsimile:   305-666-2950
                                           rwh@rwhpa.com
                                           mmg@rwhpa.com

                               By:     */s/ Richard W. Hoffman*
                                           RICHARD W. HOFFMAN
                                           FBN: 441473

**Copies provided to:**
Maria D. Corghi, Esq.
Edward S. Polk, Esq.
Benjamin Fernandez, IV Esq.
Ronald E. Stern, Esq.