UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-63106-CIV-SMITH

RENZO BARBERI,

    Plaintiff,

v.

AIRCOM MANAGEMENT CORP., INC.,

    Defendant.

_____/

**NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT**

This matter is before the Court on the Mediator's Report [DE 27], which states that this case has settled. Accordingly, it is

**ORDERED** that:

1) the parties shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 no later than **June 29, 2020**.

2) All pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3) This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 28th day of May 2020.

                                                  RODNEY SMITH
                                                  UNITED STATES DISTRICT JUDGE